# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 11-7126**                                    **September Term, 2012**

**1:08-cv-00808-ESH**

**Filed On:** August 7, 2013

Leola Smith,

        Appellant

Dion Franklin,

        Appellee

        v.

Cathy L. Lanier, Chief, Metropolitan Police
Department - in her personal and official
capacities, et al.,

        Appellees

**BEFORE:**    Rogers and Tatel, Circuit Judges; Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of the order to show cause filed July 12, 2013, appellee's response thereto, appellant's motion for leave to file response out of time, and the lodged response, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged document. It is

**FURTHER ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion filed July 12, 2013, be unsealed. The Clerk is directed to unseal the opinion and issue it publicly.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Jennifer M. Clark
      Deputy Clerk